IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LORENA MEJIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. |
| | § | |
| VOSKOR INVESTMENT COMPANY, | § | 4:16-cv-00515-RC |
| LLC, JAN VOSKAMP, d/b/a REDBUD | § | |
| GLASS, INC., and BILLY DON KOIJRIK | § | |
| | § | |
| Defendants. | § | |
| | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, Plaintiff, **LORENA MEJIA,** and Defendants, ***VOSKOR INVESTMENT COMPANY, LLC, JAN VOSKAMP D/B/A REDBUD GLASS, INC. AND BILLY DON KOIJRIK,*** by and through their attorneys of record, announced that all claims between the parties have been settled and that the Plaintiff no longer desire to prosecute any claims against the Defendants. The Court, having reviewed the papers and pleadings on file herein, is of the opinion that the following Order should be entered:

It is accordingly, **ORDERED, ADJUDGED and DECREED** that all cause of actions filed by the Plaintiff, **LORENA MEJIA**, against Defendants, ***VOSKOR INVESTMENT COMPANY, LLC, JAN VOSKAMP D/B/A REDBUD GLASS, INC. AND BILLY DON KOIJRIK***, are dismissed with prejudice, with court costs to be taxed against the party incurring same.

SIGNED this _____ day of _____, 2016.

_____
JUDGE PRESIDING

AGREED:

_signature_

**TAD RICE**
State Bar No. 24027653
email: tad@tadricelaw.com
THE RICE FIRM
1400 Woodloch Forest Drive, Suite 575
The Woodlands, Texas 77380
Telephone: (713) 234-1266
Facsimile: (832) 495-4767
**ATTORNEY FOR THE PLAINTIFF
LORENA MEJIA**

_signature_

**STEWART K. SMITH**
State Bar No.: 18685875
LAW OFFICES OF SCOTT A. SEELHOFF
785 Greens Parkway, Suite 240
Houston, Texas 77067
Direct:  (281) 877-3962
Facsimile: (877) 369-4882
stewart.smith@thehartford.com
**ATTORNEY FOR DEFENDANTS
VOSKOR INVESTMENT COMPANY, LLC,
JAN VOSKAMP D/B/A REDBUD GLASS, INC.
AND BILLY DON KOIJRIK**